**SEALED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America<br><br>v.<br><br>Plaintiff(s)<br><br>**TREVON MAURICE FRANKLIN**<br>aka Tre-Von M. King<br><br>Defendant(s) | CASE NUMBER:<br><br>CR 17 CR 0 0206<br><br>1:17mj99 SAB<br>**WARRANT FOR ARREST**<br>**UNDER SEAL** |
|---|---|

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **TREVON MAURICE FRANKLIN, aka Tre-Von M. King**

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint  ■ Indictment  ☐ Information  ☐ Order of Court  ☐ Probation Violation Petition  ☐ Violation Notice

Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Criminal Infringement of a Copyright**



FILED
JUN 13 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**in violation of the following Title, United States Code, Section(s**
**17 U.S.C. § 506(a)(1)(B) and 18 U.S.C. § 2319(a), (c)(1):**

| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>**CINDY L. ORELLANA** | April 7, 2017    LOS ANGELES, CALIFORNIA<br>DATE AND LOCATION OF ISSUANCE<br><br>BY: __GAIL STANDISH__<br>NAME OF JUDICIAL OFFICER |
|---|---|

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT<br>CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR – 12 (07/04)                                                                                                               PAGE 1 OF 2

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TREVON MAURICE FRANKLIN,<br>　aka "Tre-Von M. King,"<br><br>　　　　Defendant. | CR No. 17-<br><br>I N D I C T M E N T<br><br>[17 U.S.C. § 506(a)(1)(B) and 18<br>U.S.C. § 2319(a), (c)(1): Criminal<br>Infringement of a Copyright] |

　　　The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 506(a)(1)(B) and 18 U.S.C. § 2319(a), (c)(1)]

　　　Between on or about February 20, 2016 and February 22, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant TREVON MAURICE FRANKLIN, also known as "Tre-Von M. King," did willfully infringe the copyright of a copyrighted work, namely the motion picture Deadpool, by the reproduction and distribution, including by electronic means, during a 180-day period,

//

of at least ten copies and phonorecords of Deadpool, which had a total retail value of at least $2,500.

A TRUE BILL

_____
Foreperson

SANDRA R. BROWN
Acting United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

STEPHANIE S. CHRISTENSEN
Assistant United States Attorney
Chief, Cyber and Intellectual
Property Crimes Section

VICKI CHOU
Assistant United States Attorney
Cyber and Intellectual Property
Crimes Section

2