

```
 1  SANDRA R. BROWN
    Acting United States Attorney
 2  PATRICK R. FITZGERALD
    Assistant United States Attorney
 3  Chief, National Security Division
    VICKI CHOU (Cal. Bar No. 248598)
 4  Assistant United States Attorney
    Cyber and Intellectual Property Crimes Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-8692
 7       Facsimile: (213) 894-7631
         E-mail:    vicki.chou@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

FILED
JUN 13 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
APR - 7 2017
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR **17 CR 0 0 206** |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENT |
| v. | **UNDER SEAL** |
| TREVON MAURICE FRANKLIN, | 1:17mj99 SAB |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrant), the government's sealing application, and this order shall be kept under seal until such time as the

//

1 | defendant is taken into custody on these charges, at which time the
2 | indictment will be automatically unsealed.
3 |
4 |     IT IS SO ORDERED.
5 | Date:

*Gail J. Standish*

UNITED STATES MAGISTRATE JUDGE