UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**June 14, 2017**

Central District of California
Attn: Clerk's Office
255 E. Temple Street
Los Angeles, CA 90012

**RE:**  USA vs. TREVON MAURICE FRANKLIN
**USDC No.:** 1:17–MJ–00099–SAB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated June 13, 2017 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 7**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **S. Sant Agata**

Deputy Clerk


DATE RECEIVED: _____

RECEIVED BY: _____
*(Print Name)*

NEW CASE NUMBER: _____